**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott A. Clifford** | Social Security number or ITIN  **xxx–xx–4959** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Heather M. Clifford** | Social Security number or ITIN  **xxx–xx–4209** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **14–25911**

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Scott A. Clifford                                            Heather M. Clifford

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

June 6, 2018                                            **For the court:**    Jeffrey P. Allsteadt, Clerk
                                                                                                United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                              Case No. 14-25911-PSH
Scott A. Clifford                                                   Chapter 13
Heather M. Clifford
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: agalimba              Page 1 of 2                  Date Rcvd: Jun 06, 2018
                               Form ID: 3180W              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         Scott A. Clifford,    Heather M. Clifford,    5951 Pershing Avenue,
                Downers Grove, IL 60516-1728
22160034      +Adventist Bolingbrook Hospital,    500 Remington Boulevard,    Bolingbrook, IL 60440-4988
22160038      +Carrington Mortgage Service,    POB 3730,   Anaheim, CA 92803-3730
22177348      +Carrington Mortgage Services, LLC,    c/o Randall S. Miller & Associates, LLC,
                120 North LaSalle Street, Suite 1140,    Chicago, IL 60602-2426
22160044      +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
22160046      +Dependon Collection Services,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
22160048      +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
22160047      +Enclave Condominium Association,    128 South County Farm Road,    Wheaton, IL 60187-2400
22160049      +Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309-2468
22160050      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22513783       FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
22160051      +Federal Loan Servicing,    Po Box 69184,   Harrisburg, PA 17106-9184
22160052       Illinois Tollway,    270 Ogden Avenue,   Downers Grove, IL 60515
22160053      +Illinois Tollway Authority,    PO Box 5201,   Lisle, IL 60532-5201
22277624      +JPMorgan Chase Bank, N.A.,    Carrington Mortgage Services, LLC,
                1610 East Saint Andrew Place, Suite B150,    Santa Ana, CA 92705-4931
22160060      +MCSI Inc,    7330 College Drive, Suite 108,    Palos Heights, IL 60463-1186
22160059      +MCSI Inc,   Po Box 327,    Palos Heights, IL 60463-0327
22160058      +Mazda Capital Services,    PO Bxx 78067,   Phoenix, AZ 85062-8069
22160062      +Merchants Credit,    223 W. Jackson Boulevard,    Suite 400,    Chicago, IL 60606-6974
22160064      +Midwest Pulmonary Associates,    2340 Highland Avenye,    Lombard, IL 60148-5374
22160066      +Premier Endodontic Association,    522 Chestnut Street,    Hinsdale, IL 60521-3174
22160067      +Randall S. Miller Associates,    120 N. Lasalle #1140,    Chicago, IL 60602-2426
22160069      +Suburban Radiologists, SC.,    1446 Momentum Place,    Chicago, IL 60689-0001
22160054      +The Illinois Tollway,    2700 Ogden Avenue,   Downers Grove, IL 60515-1703
22160070      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22160072      +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
22160071      +US Department of Education,    Po Box 530260,    Atlanta, GA 30353-0260
22160074      +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                Washington, DC 20208-0003
22160073      +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                Washington, DC 20202-0031
22350046       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                Madison, WI  53708-8973
22160076      +West Chicago Police Department,    325 Spencer Street,    West Chicago, IL 60185-3182
22160077      +Will County Clerk,    302 N. Chicago Street,    Joliet, IL 60432-4078
22160078      +Will County Collector,    PO Box 5000,   Joliet, IL 60434-5000
22160079      +Will County Treasurer,    Will County Office Building,    302 N. Chicago Street,
                Joliet, IL 60432-4078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22160033      +E-mail/Text: abcrecoveryinc@aol.com Jun 07 2018 00:46:58      Abc Credit & Recovery,
                4736 Main Street,    Lisle, IL 60532-1753
22483136      +EDI: AFNIRECOVERY.COM Jun 07 2018 11:52:00      Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
22160035      +EDI: AFNIRECOVERY.COM Jun 07 2018 11:52:00      Afni, Inc.,    Attn: Bankruptcy,    Po Box 3097,
                Bloomington, IL 61702-3097
22365915       EDI: AIS.COM Jun 07 2018 11:48:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
22160036      +EDI: PHINHARRIS Jun 07 2018 12:01:00      Arnold Scott Harris, P.C,
                111 West Jackson Boulevard, Suite 600,    Chicago, IL 60604-3517
22160037      +EDI: CINGMIDLAND.COM Jun 07 2018 11:50:00      At & T Mobility,    P.O. Box 6416,
                Carol Stream, IL 60197-6416
22160039      +E-mail/Text: contact@csicollects.com Jun 07 2018 00:47:46      Certified Services Inc,
                1733 Washington Street Suite 2,    Waukegan, IL 60085-5192
22160040      +EDI: CAUT.COM Jun 07 2018 11:48:00      Chase Auto,    Attn:National Bankruptcy Dept,
                Po Box 29505,    Phoenix, AZ 85038-9505
22160041      +EDI: CAUT.COM Jun 07 2018 11:48:00      Chase Auto,    Po Box 901076,    Fort Worth, TX 76101-2076
22160043      +EDI: CAUT.COM Jun 07 2018 11:48:00      Chase Auto Finance Corp.,    PO Box 78067,
                Phoenix, AZ 85062-8067
22160042      +EDI: CAUT.COM Jun 07 2018 11:48:00      Chase Auto Finance Corp.,    AZ1-1191,
                201 N. CentraL Avenue,    Phoenix, AZ 85004-1071
22160045      +E-mail/Text: electronicbkydocs@nelnet.net Jun 07 2018 00:46:40      Department of Education,
                121 S. 13th Street,    Lincoln, NE 68508-1904
22160057       EDI: IRS.COM Jun 07 2018 12:01:00      Dept of the Treasury,    Internal Revenue Service,
                P O Box 7346,    Philadelphia, PA 19101-7346
22160063      +E-mail/Text: rayr1@michigan.gov Jun 07 2018 00:47:05      MI Higher Education Assistance,
                Po Box 30047,    Lansing, MI 48909-7547
22160065      +E-mail/Text: clientservices@northwestcollectors.com Jun 07 2018 00:46:11
                Northwest Collectors,    3601 Algonquin Road Suite 23,    Rolling Meadows, IL 60008-3143
```

```
District/off: 0752-1          User: agalimba              Page 2 of 2                  Date Rcvd: Jun 06, 2018
                              Form ID: 3180W              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
22212290        EDI: USBANKARS.COM Jun 07 2018 11:43:00     US BANK N.A.,   BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,   CINCINNATI, OH 45201-5229
22160075       +EDI: VERIZONCOMB.COM Jun 07 2018 12:19:00     Verizon Wireless*,   PO BOX 3397,
                 Bloomington, IL 61702-3397
                                                                                             TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22160056*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   P.O. Box 802503,   Cincinnati, OH 45280)
22160055*      Internal Revenue Service,   Po Box 7346,   Philadelphia, PA 19101-7346
22160061*     +MCSI Inc.,   Po Box 327,   Palos Heights, IL 60463-0327
22160068     ##+Receivables Management,   14675 Martin Drive,   Eden Prairie, MN 55344-2004
                                                                                  TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
```
              Amanda J Wiese    on behalf of Creditor    JP Morgan Chase Bank, N.A. bankruptcy@hsbattys.com,
               bk4hsbm@gmail.com
              Benjamin  Rooney    on behalf of Creditor    Enclave Condominium Association ben@keaycostello.com,
               kim@keaycostello.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Jack N Zaharopoulos    on behalf of Creditor    JP Morgan Chase Bank, N.A. jackz@rsmalaw.com
              Jack N Zaharopoulos    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
               agent for JPMorgan Chase Bank, N.A. jackz@rsmalaw.com
              Joseph S Davidson    on behalf of Debtor 1 Scott A. Clifford jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Joseph S Davidson    on behalf of Debtor 2 Heather M. Clifford jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Nathan C Volheim    on behalf of Debtor 1 Scott A. Clifford nvolheim@sulaimanlaw.com,
               sulaiman.igotnotices@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaima
               nlaw.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Nathan C Volheim    on behalf of Debtor 2 Heather M. Clifford nvolheim@sulaimanlaw.com,
               sulaiman.igotnotices@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaima
               nlaw.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```